**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Leslie Coker, et al., | No. CV-14-01975-TUC-JGZ (JR) |
| Plaintiffs, | **ORDER** |
| v. | |
| Charles Ryan, et al., | |
| Defendants. | |

Pending before the Court are Plaintiff's untitled document (docketed as a Motion for Reconsideration) (Doc. 77) and Motion to Defer and Waive All Court Fees (Doc. 78). The Court will deny the Motions.

**I.   Background**

On March 21, 2014, Plaintiff Leslie Coker, who is confined in the Arizona State Prison Complex-Tucson, filed a civil rights Complaint pursuant to 42 U.S.C. § 1983. In December 2016, the parties stipulated to dismiss the case with prejudice. (Doc. 75.) Therefore, the Court ordered the case to be dismissed accordingly. (Doc. 76.)

**II.   Motions**

In his September 16, 2021 Document, Plaintiff states that at the time he filed the Complaint he was experiencing a psychotic breakdown and is currently in a "federally funded 90-day mental health recovery program and taking heavy psych meds." Plaintiff states he does "not even remember filing any lawsuit concerning different lawsuits [he owes] money for, [he] thought [he] was including all of them in one." Plaintiff asks that

the Court send him "a waiver of fees form." In his Motion to Defer and Waive All Court Fees, Plaintiff asks that the Court defer and waive all court fees until his release.

The Court will deny Plaintiff's Motions because the filing fee statute, 28 U.S.C. § 1915(b)(1), does not provide any mechanism for the Court to waive or defer filing fees for prisoners and Plaintiff's fees were paid

Accordingly,

**IT IS ORDERED** that Plaintiff's Document (docketed as a Motion for Reconsideration) (Doc. 77) and Motion to Defer and Waive All Court Fees (Doc. 78) are **DENIED**.

Dated this 2nd day of November, 2021.

_____
Honorable Jennifer G. Zipps
United States District Judge